# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>Plaintiff,<br><br>v.<br><br>SUKH C. SINGH, as an individual, and doing business as "Tokay Shell", and as Trustee for the Sukh C. Singh 2006 Family Trust, PERMINDER K. SINGH, as an individual, and doing business as "TokayShell", and Trustee for the Sukh C. Singh 2006 Family Trust, and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:16-cv-03014-TLN-EFB<br><br>**ORDER** |

Plaintiff's Motion for Default Judgment was submitted for decision without oral argument by the magistrate judge on February 14, 2019. (ECF No. 15.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On September 11, 2019, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 19.) No objections were filed.

Where, as here, neither party contests the proposed findings of fact, the Court presumes they are correct. (*See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).) The magistrate judge's conclusions of law are reviewed *de novo*. (*See Britt v. Simi Valley Unified School Dist.*,

1

708 F.2d 452, 454 (9th Cir. 1983).)  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 11, 2019 (ECF No. 19), are adopted in full;

2. Plaintiff's Motion for Default Judgment (ECF No. 15) is GRANTED;

3. Plaintiff is awarded statutory damages in the amount of $4,000;

4. Plaintiff is GRANTED an injunction requiring Defendants Sukh C. Singh and Perminder K. Singh to provide an accessible parking facility in compliance with the Americans with Disabilities Act Accessibility Guidelines;

5. Plaintiff is awarded $600 in costs and $2,007.50 in attorney's fees, for a total award for fees and costs of $2,607.50; and

6. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: September 30, 2019

Troy L. Nunley
United States District Judge